UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

**ADRIANA PRESAS,**

Plaintiff,

File No. 1:16-CV-00580-RJJ-PJG
Honorable Robert J. Jonker
United States District Judge

v

**LANSING PUBLIC SCHOOLS ET AL,** *JOINTLY AND SEVERALLY,*

Defendants.

## CASE EVALUATION AWARD

A case evaluation proceeding was held in this case on March 27, 2017 under WD Mich L Civ R 16.5. The award rendered by the case evaluation panel, which is intended to include any contractual and/or statutory costs, interest and attorney fees, is:

☐ No cause for action in favor of Defendants

$ 225,000 in favor of ☑ Plaintiff against

☑ All Defendants, jointly and severally

☐ Defendant(s) _____

☐ _____

☑ Unanimous award (if checked).

_____  _____  _____
Richard A. Hooker         Paula J. Manderfield      Lawrence P. Schneider
(P26963)                  (P34319)                  (P27325)

## Certificate of Service

I certify that a copy of this Case Evaluation Award was personally served by me on the attorney for the Plaintiff and the attorneys for the Defendants on March 27, 2017.

_____
Lawrence P. Schneider



**KNAGGS BRAKE, P.C.**
ATTORNEYS AT LAW

RECEIVED - GR
March 30, 2017 10:41 AM
CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_____

Writer's E-Mail Address: larry@khbslaw.com

March 28, 2017

ADR Administrator
US District Court – WD Michigan
110 Michigan NW
Grand Rapids MI 49503

    Re:  Presas v Lansing Public Schools et al
           File No.1:16-cv-000580-RJJ-PJG

Dear ADR Administrator:

    As chairperson of the case evaluation panel in this case, I am enclosing the original case evaluation award that was issued after the hearing on March 27, 2017. The lawyers for the parties were each personally served with a copy of this award.

    Thank you for the ability to assist the Court in this endeavor. I hope that our efforts will result in a resolution of this matter.

    Please call me if you have any questions or concerns.

                              Very truly yours,

                              KNAGGS BRAKE, P.C.

                              Lawrence P. Schneider
                              Of Counsel

LPS/
Enclosure

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ADRIANA PRESAS,

    Plaintiff,

v.

LANSING PUBLIC SCHOOLS, et al

    Defendants.

_____/

Hon. Robert J. Jonker

Case No. 1:16-cv-00580

### CASE EVALUATION RESPONSE

The Case Evaluation Award has been received. The twenty-eight (28) day response period expires on April 24, 2017. Please indicate your acceptance or rejection of the award:

| | | |
|---|---|---|
| Plaintiff(s) | [X] Acceptance | [ ] Rejection |
| Defendant(s) | [ ] Acceptance | [ ] Rejection |

DATE: 3/31/2017

_____

Printed Name: KAREN TRUSZKOWSKI
ATTORNEY FOR PLAINTIFF
517-235-3053

Pursuant to W.D. Mich. LcivR 16.5, failure of a party to file a response within twenty-eight (28) days constitutes a rejection.

Please forward your response to: U.S. District Court, ADR Dept., 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503. **Your response should not be e-filed.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ADRIANA PRESAS,

    Plaintiff,

v.

LANSING PUBLIC SCHOOLS, et al

    Defendants.
_____/

Hon. Robert J. Jonker

Case No. 1:16-cv-00580

## CASE EVALUATION RESPONSE

The Case Evaluation Award has been received. The twenty-eight (28) day response period expires on April 24, 2017. Please indicate your acceptance or rejection of the award:

| | Acceptance | Rejection |
|---|---|---|
| Plaintiff(s) | ☐ | ☐ |
| Defendant(s) | ☒ | ☐ |

DATE: 4/24/17

_Scott T. Mandel_ (signature)

Printed Name: Scott. L. Mandel
for Defendants

Pursuant to W.D. Mich. LcivR 16.5, failure of a party to file a response within twenty-eight (28) days constitutes a <u>rejection</u>.

Please forward your response to: U.S. District Court, ADR Dept., 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503. **Your response should not be e-filed.**