UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADRIANA PRESAS,

       Plaintiff,

                                          CASE NO. 1:16-CV-580

v.

                                          HON. ROBERT J. JONKER

LANSING PUBLIC SCHOOLS, et al.,

       Defendants.

_____/

## ORDER ON CASE EVALUATION ACCEPTANCE

       The Court having been advised the parties have accepted the Case Evaluation award in this matter (ECF No. 31);

       NOW THEREFORE, pursuant to Local Rule 16.5(b)(1) (adopting Mich. Ct. R. 2.403), Judgment shall enter on the award unless the award is paid in full within twenty-eight (28) days of both parties' acceptance. Upon the filing of a proof of service that payment has been made, the Court will enter an order of dismissal.

Date:   May 1, 2017                       /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                CHIEF UNITED STATES DISTRICT JUDGE