IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ADRIANA PRESAS,<br><br>    Plaintiff<br><br>v<br><br>LANSING PUBLIC SCHOOLS; YVONNE CAAMAL CANUL, Superintendent, in her Official and Individual Capacities; DONNA POHL, Principal, in her Official and Individual Capacities; WILLIE ROGERS, Public Safety Officer, in his Official and Individual Capacities, OTHER UNIDENTIFIED DOES, in their Official and Individual Capacities,<br><br>    Defendants. | Case No.<br>1:16-cv-00580-RJJ-PJG<br><br>JUDGE ROBERT J. JONKER<br><br>MAGISTRATE JUDGE<br>PHILLIP J. GREEN |

| | |
|---|---|
| Karen Truszkowski (P56929)<br>TEMPERANCE LEGAL GROUP, PLLC<br>Attorneys for Plaintiff<br>530 Mall Court, #131<br>Lansing, MI 48912<br>(517) 235-3053<br>Karen@temperancelegalgroup.com | Scott L. Mandel (P33453)<br>Pamela C. Dausman (P64680)<br>FOSTER, SWIFT, COLLINS & SMITH, P.C.<br>Attorneys for Defendants<br>313 S. Washington Square<br>Lansing, MI 48933<br>(517) 371-8185<br>smandel@fosterswift.com<br>pdausman@fosterswift.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2017, the settlement draft in the amount of $225,000.00 was provided to: Karen Truszkowski/Temperance Legal Group, PLLC, counsel for Plaintiff.

Dated: May 22, 2017

                s/ Scott L. Mandel
Scott L. Mandel (P33453)
Pamela C. Dausman (P64680)
Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, MI 48933-2193
(517) 371-8185
smandel@fosterswift.com
pdausman@fosterswift.com