UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADRIANA PRESAS,

      Plaintiff,

                              CASE NO. 1:16-CV-580

v.

                              HON. ROBERT J. JONKER

LANSING PUBLIC SCHOOLS, et al.,

      Defendants.

_____/

## DISMISSAL ORDER

On April 26, 2017, a Case Evaluation Award was entered (ECF No. 31). The award was accepted by all parties. On May 22, 2017, a Certificate of Service was filed by defendants indicating payment of the award had been made (ECF No. 33). Accordingly, this matter is hereby **DISMISSED**.

Date:   June 6, 2017                       /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                CHIEF UNITED STATES DISTRICT JUDGE